Mark W. Hansen, State Bar No. 105761
markwhansen123@gmail.com
LAW OFFICE OF MARK W. HANSEN
501 W. Broadway, Suite 1480
San Diego, CA 92101
Tel: (619) 214-6066
Fax: (619) 354-7195

Attorneys for Plaintiff
GOVERNMENT EMPLOYEES INSURANCE COMPANY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> OLD TOWNE PLUMBING, HEATING & AIR, a business entity of form unknown; RALPH BONHAM, an individual; LINDA K. DOBSON, an individual; CARL SHIELDS, an individual; KARL BONHAM, an individual; ANGEL RODRIGUEZ, an individual; ESTATE OF DOMINGO AVILA DELGADO, by and through its successors in interest, ISIDORA OROZCO AVILA and GUADALUPE DE JESUS AVILA OROZCO, individuals; ISIDORA OROZCO AVILA an individual; and GUADALUPE DE JESUS AVILA OROZCO, an individual <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR DECLARATORY RELIEF** |

Plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY

(commonly known, and hereinafter referred to, as "GEICO") alleges as follows:

1

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

## The Parties, Venue and Subject Matter Jurisdiction

1.    GEICO is a corporation organized and existing under the laws of the State of Nebraska, with its principal place of business in Chevy Chase, Maryland. For purposes of federal diversity of citizenship jurisdiction, GEICO is a citizen of both Nebraska and Maryland.

2.    GEICO is registered to do business, and does business, in the State of California, including within the County of Orange. GEICO's business includes the sale and issuance of automobile insurance policies to various policyholders and the providing of insurance benefits to its policyholders according to the terms and conditions of the policies.

3.    This action relates to a dispute over liability insurance coverage for an accident involving a vehicle described as a 2012 Nissan NV Passenger Van, white in color, with California license plate number 42207J1 (hereinafter referred to as "the Accident Vehicle").

4.    The accident in question occurred at the intersection of Edinger Ave and Corta Dr in the City of Santa Ana, County of Orange, on August 4, 2021 (hereinafter referred to as "the Accident"), within the Southern Division of this Court.

5.    Defendant OLD TOWNE PLUMBING, HEATING & AIR, is a licensed general contractor, located at 575 E Van Bibber Ave in Orange, California 92866-2027, which performs plumbing, heating and air conditioning work throughout Southern California, including in particular within the County of Orange, within the Southern Division of this Court. It is a business entity of form unknown. For purposes of diversity of citizenship jurisdiction, it is a citizen of California.

6.    Defendant RALPH BONHAM is an individual who resides within the County of Orange, within the Southern Division of this Court, and who was a registered owner of the Accident Vehicle as of August 4, 2021, according to

2

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

1   information stated in a Traffic Collision Report dated August 4, 2021. For

2   purposes of diversity of citizenship jurisdiction, he is a citizen of California.

3   RALPH BONHAM is a licensed plumber and an air conditioner technician. At

4   all relevant times discussed in this Complaint, including August 4, 2021, he

5   worked as a job foreman for OLD TOWNE PLUMBING HEATING & AIR.

6   GEICO is informed and believes, and thereon alleges, that RALPH BONHAM

7   has some type of partial ownership interest in OLD TOWNE PLUMBING,

8   HEATING & AIR. At times RALPH BONHAM hired temporary workers to

9   perform services for OLD TOWNE PLUMBING, HEATING & AIR.

10       7.    Defendant LINDA K. DOBSON is an individual who resides within

11   the County of Orange, within the Southern Division of this Court, and who was a

12   co-registered owner of the Accident Vehicle as of August 4, 2021, according to

13   information stated in a Traffic Collision Report dated August 4, 2021. For

14   purposes of diversity of citizenship jurisdiction, she is a citizen of California.

15       8.    Defendant CARL SHIELDS is an individual who resides within the

16   County of Orange, and who was the Chief Executive Officer of OLD TOWNE

17   PLUMBING, HEATING & AIR as of August 4, 2021. For purposes of diversity

18   of citizenship jurisdiction, he is a citizen of California. CARL SHIELDS was

19   also the Service Manager of OLD TOWNE PLUMBING, HEATING & AIR. In

20   that role, he coordinated and scheduled employees and temporary workers to

21   provide service for customers of Defendant OLD TOWNE PLUMBING,

22   HEATING & AIR.

23       9.    Defendant KARL BONHAM is an individual who resides within the

24   County of Orange, is the uncle of defendant RALPH BONHAM, and had some

25   type of partial ownership interest in OLD TOWNE PLUMBING, HEATING &

26   AIR as of August 4, 2021. For purposes of diversity of citizenship jurisdiction,

27   he is a citizen of California.

28

3

COMPLAINT FOR DECLARATORY RELIEF      CASE NO.

1    10.    Defendant ANGEL RODRIGUEZ is an individual who resides in the
2    City of Santa Ana with the County of Orange.  For purposes of diversity of
3    citizenship jurisdiction, he is a citizen of California.  GEICO is informed and
4    believes, and thereon alleges, that defendant ANGEL RODRIGUEZ was not a
5    regular employee of defendant OLD TOWNE PLUMBING, HEATING & AIR
6    but rather was hired as a day laborer to perform work for a customer of OLD
7    TOWNE PLUMBING, HEATING & AIR on August 4, 2021.

8    11.    Defendant ESTATE OF DOMINGO AVILA DELGADO is an Estate
9    for a decedent known as DOMINGO AVILA DELGADO by and through its
10   successors in interest, defendants ISIDORA OROZCO AVILA and
11   GUADALUPE DE JESUS AVILA OROZCO, individuals.  For purposes of
12   diversity of citizenship jurisdiction, the ESTATE OF DOMINGO AVILA
13   DELGADO is a citizen of California.

14   12.    Defendant ISIDORA OROZCO AVILA is an individual and is the
15   sole surviving spouse of the decedent, DOMINGO AVILA DELGADO.  GEICO
16   is informed and believes and on that basis alleges that ISIDORA OROZCO
17   AVILA resides in California.  For purposes of diversity of citizenship
18   jurisdiction, she is a citizen of California.

19   13.    Defendant GUADALUPE DE JESUS AVILA OROZCO is an
20   individual and is the sole surviving child of the decedent, DOMINGO AVILA
21   DELGADO. GEICO is informed and believes and on that basis alleges that
22   GUADALUPE DE JESUS AVILA OROZCO she resides in California.  For
23   purposes of diversity of citizenship jurisdiction, she is a citizen of California.

24   14.    On April 12, 2022, defendants ISIDORA OROZCO AVILA and
25   GUADALUPE DE JESUS AVILA OROZCO, in their capacities as the
26   successors in interest to the ESTATE OF DOMINGO AVILA DELGADO and in
27   their capacities as individuals, filed an action in Orange County Superior Court,
28   asserting survivorship claims and wrongful death claims arising from the

4

1  Accident.  Said action has a case number of 30-2022-01254456-CU-PA-CJC and
2  is further described in paragraphs 18-19, below.

3      15.   Subject matter jurisdiction for this action exists pursuant to 28 U.S.
4  Code § 1332 because (1) the sole plaintiff (GEICO) is a citizen of different states
5  (Maryland and Nebraska) than the citizenship state of all of the named defendants
6  (California), as explained above and (2) the amount in controversy exceeds
7  $75,000 because the liability limits of the GEICO business auto insurance policy
8  in question are for an amount greater than $75,000.

9      16.   Venue is proper in the United States District Court for the Central
10  District of California and in the Southern Division of said Court pursuant to the
11  provisions of 28 U.S. Code § 1391 for two reasons:

12          a.    First, venue is proper pursuant to 28 U.S. Code § 1391(b)(1)
13  because this District Court is a judicial district in which at least one of the
14  defendants resides, and all defendants are residents of the State of California, in
15  which this District Court is located.

16          b.    Second, venue is proper pursuant to 28 U.S. Code §
17  1391(b)(2) because this District Court is a judicial district in which a substantial
18  part of the events giving rise to this action occurred.   The subject matter of this
19  lawsuit is coverage for an automobile accident that occurred in the city of Santa
20  Ana with respect to a GEICO business auto insurance policy that was delivered to
21  defendant OLD TOWNE PLUMBING HEATING & AIR in the County of
22  Orange, with respect to three Symbol 7 Specifically Described "Autos" that the
23  contract stated would be regularly garaged in the County of Orange, and with the
24  parties to the contract primarily performing their obligations in Orange County
25  (including OLD TOWNE PLUMBING HEATING & AIR'S payment of
26  premiums from its place of business in Orange County, and GEICO's providing
27  of policy benefits, subject to the terms and conditions of the contract, with respect
28  to three vehicles understood to be primarily garaged in Orange County.

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

1   Accordingly, the insurance contract was both entered into in Orange County and
2   was anticipated to be primarily performed within Orange County. Therefore,
3   venue for this action is proper in the Southern Division of this Court.

4                          **The GEICO Insurance Policy**

5        17.   On May 26, 2021, GEICO issued a business auto policy to OLD
6   TOWNE PLUMBING HEATING & AIR as the policyholder named on the
7   declarations pages, for a policy period of May 26, 2021 through May 26, 2022.
8   The Policy was issued as Policy No. 9100113072 05 and was in force on the date
9   of the Accident (August 4, 2021). (The Policy will hereinafter be referred to as
10  "the GEICO Policy." A true and correct copy of the GEICO Policy is attached
11  hereto as **Exhibit 1**.)

12                               **The Accident**

13       18.   GEICO is informed and believes, and on that basis alleges, that on
14  August 4, 2021, defendant ANGEL RODRIGUEZ was driving the Accident
15  Vehicle when it became involved in a head-on collision with a 2011 Toyota Rav4
16  vehicle that was being driven by DOMINGO AVILA DELGADO. According to
17  the Traffic Collision Report prepared by the Santa Ana Police Department,
18  defendant ANGEL RODRIGUEZ was at fault for the Accident, and his case was
19  referred to the Orange County District Attorney's Office for prosecution for
20  alleged felony drunk driving. GEICO is informed and believes, and on that basis
21  alleges, that, as a result of the Accident, DOMINGO AVILA DELGADO
22  sustained serious bodily injuries that eventually caused his death.

23                            **The Underlying Lawsuit**

24       19.   As mentioned in paragraph 14 above, on April 12, 2022, defendants
25  ISIDORA OROZCO AVILA and GUADALUPE DE JESUS AVILA OROZCO,
26  in their capacities as the successors in interest to the ESTATE OF DOMINGO
27  AVILA DELGADO and in their capacities as individuals, filed an action in
28  Orange County Superior Court, asserting survivorship claims and wrongful death

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

1  claims arising from the Accident.  Said action is captioned as "ESTATE OF
2  DOMINGO AVILA DELGADO, et al, plaintiffs, vs. OLD TOWNE PLUMBING
3  HEATING & AIR, et al, defendants," and it was assigned case number 30-2022-
4  01254456-CU-PA-CJC.  (Said action is hereinafter referred to as "the Underlying
5  Lawsuit.")

6       20.   In the Underlying Lawsuit, ISIDORA OROZCO AVILA and
7  GUADALUPE DE JESUS AVILA OROZCO, in their capacities as the
8  successors in interest to the ESTATE OF DOMINGO AVILA DELGADO and in
9  their capacities as individuals, seek to recover damages from OLD TOWNE
10  PLUMBING, HEATING & AIR, RALPH BONHAM, LINDA K. DOBSON,
11  CARL SHIELDS, KARL BONHAM, and ANGEL RODRIGUEZ based on
12  survivorship claims and wrongful death claims arising from the death of
13  DOMINGO AVILA DELGADO.

14       **The GEICO Policy Does Not Cover the Plaintiffs' Damages Claims**
15              **Alleged in the Underlying Lawsuit**

16       21.   The GEICO Policy does not provide any coverage for any of the
17  damage claims asserted by the plaintiffs in the Underlying Lawsuit because the
18  GEICO policy did not cover the Accident Vehicle owned by Ralph Bonham and
19  Linda Dobson.  The GEICO policy only covered the three Symbol 7 Specifically
20  Described "Autos" listed on the Declarations page, as more fully explained
21  below.

22       22.   The GEICO Policy provides certain coverages but only for "covered
23  autos" as defined in the policy.  The policy states:

24       **SECTION I – COVERED AUTOS**
25       Item Two of the Declarations shows the "autos" that are covered
26       "autos" for each of your coverages. The following numerical
27       symbols describe the "autos" that may be covered "autos". The

28
                                    7

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

(GEICO Policy at CA 00 01 10 13, page 1 of 12 [**Exhibit 1**, PDF page 052].)

23.    The GEICO Policy then lists descriptions for number symbols "1" through "9" and "19."  The description for number symbol "7" reads as follows:

| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
|---|---|---|

(GEICO Policy, at CA 00 01 10 13, page 1 of 12 [**Exhibit 1**, PDF page 052].)

24.    Item Three of the Declarations, as described above, is found on page 3 of the policy's "Business Auto Declarations," which states:

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN**

Below the above heading, the GEICO Policy lists only three vehicles, as follows:

"CA1 - 2015, FORD TRANSIT-250 CARGO, 1FTYR2XVXFKA38046"

"CA2 - 2008, FORD F-350, 1FDWX34588EA57828"

"CA3 - 2011, ISUZU NRR, JALE5W160B7900175"

(GEICO Policy, at AU-DEC C/W 10 13, page 3 [**Exhibit 1**, PDF page 031] .)

("CA1" means covered auto no. 1,  "CA2" means covered auto no. 2, and "CA3" means covered auto no. 3.)   The above three vehicles are the only autos described as covered autos in the GEICO Policy for OLD TOWNE PLUMBING HEATING & AIR.

25.    The policy declarations include a section entitled "Item Two" that explains which autos are covered for which coverages.  The policy wording is:

8

COMPLAINT FOR DECLARATORY RELIEF                    CASE NO.

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This GEICO Policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

(GEICO Policy, at AU-DEC C/W 10 13, page 2 [**Exhibit 1,** PDF page 030])

(*Emphasis in original*)

26.    Immediately below the above language there is a table which lists the various policy coverages, which vehicles are included within the coverage, the amount of the policy limits for such coverage, and the amount of the premium charged for such coverage. The only policy coverage that is at issue regarding the Underlying Lawsuit is the "Covered Autos Liability" coverage. The table below the above-quoted introductory language for "Item Two" explains that "Covered Autos Liability" coverage is limited as follows:

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| COVERED AUTOS LIABILITY | 7 | $    750,000 | $     1,883 |

(GEICO Policy, at AU-DEC C/W 10 13, page 2 [**Exhibit 1,** PDF page 030]) (*Note: only the first two rows of the table are quoted above.*)

27.    Pursuant to the various policy provisions quoted or summarized above, the GEICO Policy explains that the only vehicles included within the

1    "covered autos liability" coverage of the policy are the three Symbol 7

2    Specifically Described "Autos" listed in the policy declarations:

3              ▪   a 2015 Ford Transit-250 Cargo,

4              ▪   a 2008 Ford F-350, and

5              ▪   a 2011 Isuzu NRR.

6         28.    With regard to the Accident that forms the basis of the Underlying

7    Lawsuit, the vehicle that defendant ANGEL RODRIGUEZ was driving was not

8    any of the three Symbol 7 vehicles owned by OLD TOWNE PLUMBING

9    HEATING & AIR and described in the GEICO Policy declarations.

10        29.    To the contrary, according to the Santa Ana Police Department's

11   Traffic Collision Report, the Accident Vehicle that defendant ANGEL

12   RODRIGUEZ was driving was a 2012 Nissan NV Passenger Van, white in color,

13   with California license plate number 42207J1, which is listed nowhere on the

14   GEICO Policy.

15        30.    GEICO's investigation has determined that the Accident Vehicle was

16   not owned by its insured, OLD TOWNE PLUMBING HEATING & AIR, but

17   rather was owned by defendant RALPH BONHAM, with his aunt LINDA K.

18   DOBSON possibly as a co-owner.

19        31.    The insuring clause of the GEICO business auto policy issued to

20   OLD TOWNE PLUMBING HEATING & AIR states, in relevant part:

21             **SECTION II – COVERED AUTOS LIABILITY**

22             **COVERAGE**

23             **A. Coverage**

24             We will pay all sums an "insured" legally must pay

25             as damages because of "bodily injury" or "property

26             damage" to which this insurance applies, caused

27             by an "accident" and resulting from the ownership,

28             maintenance or use of a covered "auto".

10

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

1  (GEICO Policy, at CA 00 01 10 13, page 2 of 12 . [**Exhibit 1,** PDF page 053])

2      32.    Applying the terms of the GEICO Policy, the Accident upon which
3  the Underlying Lawsuit is based did not result from the ownership, maintenance
4  or use of a "covered 'auto.'" Instead, it resulted from the use of the Accident
5  Vehicle, which is not a "covered 'auto'" within the meaning of the GEICO
6  Policy.

7      33.    The GEICO Policy contains additional provisions through which,
8  under certain circumstances, other vehicles besides the three Symbol 7 autos may
9  potentially qualify as a covered auto.

10      34.    For example, under certain circumstances, a temporary substitute
11  vehicle not owned by OLD TOWNE PLUMBING HEATING & AIR or one of
12  its employees can potentially become a covered auto if it is being used with the
13  permission of the owner in place of one of the three Symbol 7 autos that are
14  specifically described in the GEICO Policy due to one of those three vehicles
15  being out of service because of breakdown, repair, servicing, loss or destruction.
16  (See paragraph "C" on page 2 of 12 of policy form CA 00 01 10 13 [**Exhibit 1,**
17  PDF page 053]).

18      35.    GEICO has investigated the facts and circumstances surrounding the
19  Accident and the Accident Vehicle, including by taking examinations under oath
20  of defendant Ralph Bonham and defendant Carl Shields. GEICO's investigation
21  has determined that there are no facts that could potentially invoke coverage
22  under the GEICO Policy based on the position that the Accident Vehicle was a
23  temporary substitute vehicle for one of the three Symbol 7 Specifically Described
24  "Autos" listed in the GEICO Policy as covered autos.

25      36.    Another provision in the GEICO Policy potentially allows a newly
26  acquired auto to become a covered auto but only if GEICO already covers all
27  "autos" that the insured owns for the coverage or it replaces an "auto" that the
28  insured previously owned that had that coverage, and the insured tells GEICO,

11

COMPLAINT FOR DECLARATORY RELIEF      CASE NO.

1   within 30 days after the insured acquires the new auto, that it wants GEICO to

2   cover the new auto. (See paragraph "B. Owned Autos You Acquire After The

3   Policy Begins," on policy form CA 00 01 10 13, at page 2 of 12 [**Exhibit 1,** PDF

4   page 053].)

5       37.   GEICO's investigation has determined that there are no facts that

6   could make such policy provisions for a newly acquired auto applicable.  To the

7   contrary, GEICO's investigation has determined that there was a plan to

8   eventually sell the Accident Vehicle to OLD TOWNE PLUMBING HEATING &

9   AIR, but no sale or transfer of ownership to OLD TOWNE PLUMBING

10   HEATING & AIR had occurred as of the date of the Accident.  Moreover, the

11   plans, not yet fulfilled, were to make the Accident Vehicle a fourth vehicle owned

12   by OLD TOWNE PLUMBING HEATING & AIR, and not a replacement vehicle

13   for one of the three vehicles listed in the GEICO policy.  As a result, even if

14   ownership of the Accident Vehicle had been transferred to OLD TOWNE

15   PLUMBING HEATING & AIR before the date of the Accident, it would not

16   have qualified as a replacement vehicle within the meaning of the policy.

17       38.   Based on the foregoing facts and circumstances, there is no potential

18   for coverage under the GEICO Policy for OLD TOWNE PLUMBING HEATING

19   & AIR, or any of the other defendants named in the Underlying Action, for the

20   claims asserted against them in the Underlying lawsuit.

21                    **FIRST CAUSE OF ACTION**

22              (For Declaratory Relief Against All Defendants)

23       39.   GEICO hereby incorporates by reference paragraphs 1 through 38

24   above as though fully set forth herein.

25       40.   Notwithstanding the provisions of the GEICO Policy as quoted and

26   explained above, defendants OLD TOWNE PLUMBING, HEATING & AIR,

27   RALPH BONHAM, CARL SHIELDS, and KARL BONHAM, through their

28   attorney, have tendered their defense in the Underlying Lawsuit to GEICO,

12

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

1  thereby contending that coverage exists for them under the GEICO Policy for the

2  claims asserted against them in the Underlying Lawsuit.

3      41.    Moreover, notwithstanding the language from the GEICO Policy as

4  quoted and explained above, GEICO is informed and believes, and on that basis

5  alleges, that defendant ANGEL RODRIGUEZ may contend that coverage exists

6  under the GEICO Policy for him with respect to the claims asserted against him

7  in the Underlying Lawsuit.

8      42.    Defendant LINDA K. DOBSON was named as a defendant in the

9  Underlying Lawsuit.  Although she has not as of yet tendered her defense to

10  GEICO nor otherwise asserted a right to coverage under the GEICO Policy,

11  GEICO is informed and believes that she may have an interest in the coverage

12  issues to be determined by this action.  For that reason, she is named as a

13  defendant to this action.

14      43.    Notwithstanding the language from the GEICO Policy as quoted and

15  explained above, GEICO is informed and believes, and on that basis alleges, that

16  the plaintiffs in the Underlying Lawsuit (defendants herein ESTATE OF

17  DOMINGO AVILA DELGADO, by and through its successors in interest,

18  ISIDORA OROZCO AVILA and GUADALUPE DE JESUS AVILA OROZCO,

19  and ISIDORA OROZCO AVILA and GUADALUPE DE JESUS AVILA

20  OROZCO as individuals) may contend that coverage exists under the GEICO

21  Policy for the damages claims they have asserted against the various defendants

22  named in the Underlying Lawsuit, who are also named as defendants in this

23  Action

24      44.    GEICO contends that the GEICO Policy, by its express terms,  does

25  not provide any coverage for the any of the defendants named in the Underlying

26  Action because the potential liability of such defendants does not arise from the

27  use of a covered auto as defined in the GEICO Policy, with the result that the

28                                    13

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

1  language of the GEICO Policy precludes any coverage or potential coverage for
2  the claims alleged in the Underlying Action.

3      45.   GEICO further contends that, because there is no claim set forth in
4  the Underlying Action that is even potentially covered by the GEICO Policy,
5  GEICO has no duty to provide a defense for any of the defendants named in the
6  Underlying Action, including OLD TOWNE PLUMBING, HEATING & AIR,
7  RALPH BONHAM, LINDA K. DOBSON, CARL SHIELDS, KARL BONHAM
8  or ANGEL RODRIGUEZ.

9      46.   An actual controversy exists between plaintiff GEICO on the one
10 hand and defendants OLD TOWNE PLUMBING, HEATING & AIR, RALPH
11 BONHAM, CARL SHIELDS, KARL BONHAM, LINDA K. DOBSON,
12 ANGEL RODRIGUEZ, ESTATE OF DOMINGO AVILA DELGADO, by and
13 through its successors in interest, ISIDORA OROZCO AVILA and
14 GUADALUPE DE JESUS AVILA OROZCO, and ISIDORA OROZCO AVILA
15 and GUADALUPE DE JESUS AVILA OROZCO as individuals on the other
16 hand, with each contending opposite positions as to whether the GEICO Policy
17 provides any actual or potential coverage or duty to defend with respect to the
18 Underlying Lawsuit.

19     47.   GEICO requests a judicial declaration of the respective rights and
20 duties of GEICO and of each the defendants with respect to the GEICO Policy
21 and the Underlying Lawsuit. Specifically, GEICO requests a judicial declaration
22 as follows:

23         a.    That the potential liability alleged in the Underlying Lawsuit
24 does not arise from a covered auto within the meaning of the GEICO policy;

25         b.    That the Accident Vehicle that was being driven by defendant
26 ANGEL RODRIGUEZ at the time of the Accident was not a covered auto within
27 the meaning of the GEICO Policy;

28

14

COMPLAINT FOR DECLARATORY RELIEF          CASE NO.

1    c.    That the GEICO Policy therefore does not cover the claims by

2  the ESTATE OF DOMINGO AVILA DELGADO, by and through its successors

3  in interest, ISIDORA OROZCO AVILA and GUADALUPE DE JESUS AVILA

4  OROZCO, and ISIDORA OROZCO AVILA and GUADALUPE DE JESUS

5  AVILA OROZCO as individuals as set forth in the Underlying Lawsuit;

6    d.    That GEICO has no duty to provide a defense for OLD

7  TOWNE PLUMBING, HEATING & AIR, RALPH BONHAM, CARL

8  SHIELDS, KARL BONHAM, LINDA K. DOBSON, or ANGEL RODRIGUEZ

9  with respect to the claims asserted against them in the Underlying Lawsuit; and

10    e.    That GEICO has no duty to indemnify OLD TOWNE

11  PLUMBING, HEATING & AIR, RALPH BONHAM, CARL SHIELDS, KARL

12  BONHAM, LINDA K. DOBSON, or ANGEL RODRIGUEZ with respect any

13  liability they may have for the claims asserted against them in the Underlying

14  Lawsuit.

15    48.    A declaration of the rights, responsibilities, duties and obligations of

16  the parties under the GEICO Policy is essential to determine and resolve the

17  respective claims of the parties.  There is no other adequate or speedy remedy at

18  law.

19                    **PRAYER FOR RELIEF**

20    1.    WHEREFORE, GEICO prays for judgment against all defendants as

21  follows:

22    a.    For a judicial declaration of the rights, duties and obligations

23  of the parties as follows:

24        i.    That the potential liability alleged in the Underlying

25  Lawsuit does not arise from a covered auto within the meaning of the GEICO

26  policy

27

28

15

1             ii.    That the Accident Vehicle that was being driven by

2      defendant ANGEL RODRIGUEZ at the time of the Accident was not a covered

3      auto within the meaning of the GEICO Policy;

4             iii.    That the GEICO Policy therefore does not cover the

5      claims by the ESTATE OF DOMINGO AVILA DELGADO, by and through its

6      successors in interest, ISIDORA OROZCO AVILA and GUADALUPE DE

7      JESUS AVILA OROZCO, and ISIDORA OROZCO AVILA and GUADALUPE

8      DE JESUS AVILA OROZCO as individuals as set forth in the Underlying

9      Lawsuit;

10            iv.    That GEICO has no duty to provide a defense for OLD

11     TOWNE PLUMBING, HEATING & AIR, RALPH BONHAM, CARL

12     SHIELDS, KARL BONHAM, LINDA K. DOBSON, or ANGEL RODRIGUEZ

13     with respect to the claims asserted against them in the Underlying Lawsuit; and

14            v.    That GEICO has no duty to indemnify OLD TOWNE

15     PLUMBING, HEATING & AIR, RALPH BONHAM, CARL SHIELDS, KARL

16     BONHAM, LINDA K. DOBSON, or ANGEL RODRIGUEZ with respect any

17     liability they may have for the claims asserted against them in the Underlying

18     Lawsuit.

19           b.    For costs of suit herein incurred; and

20           c.    For such other and further relief as the Court may deem

21     proper.

22     Dated: January 26, 2023       LAW OFFICE OF MARK W. HANSEN

23

24           By: _____

25               Mark W. Hansen

           markwhansen123@gmail.com ,

26               Attorneys for Plaintiff GOVERNMENT

27               EMPLOYEES INSURANCE COMPANY

28

                                  16

COMPLAINT FOR DECLARATORY RELIEF       CASE NO.

## A F F I D A V I T

I, Nicholas Thessin, Claims Coverage Underwriter of Government Employees Insurance Company, a corporation organized and existing under the laws of the state of Maryland, do hereby certify that the attached Policy Declaration sheet was printed from records retained in our computer data files. The specimen amendments, endorsements, and policy contract are standard forms with information particular to this policy. Attached is a copy of the policy contract number 9100113072 05 issued 05/26/2021 in the name of OLD TOWNE PLUMBING HEATING AND AIR for Renewal processed on 02/20/2021 effective 05/26/2021, and in effect on 08/04/2021, the date of loss.

Nicholas Thessin
Claims Coverage Underwriter

In the State of Virginia, County of Stafford, the foregoing instrument was subscribed and sworn before me this 25th day of January, 2023, by Nicholas Thessin who is personally known to me or has produced a driver's license for identification.

Notary Public



Carmen Gayle Gensmer
Commonwealth of Virginia
Notary Public
Commission No. 7858307
My Commission Expires 1/31/2024

# DIVIDER

# PAGE

```
Producer No:  69020        SAN:        06195570000000
Pol Eff Dt:   05-26-2021   Office:     99

Date Printed: 02-20-2021
Time Printed: 21:24:03

Trans Eff Dt: 05-26-2021
Insured Name: OLD TOWNE PLUMBING HEATING
Policy No:    9100113072
Trans Seq No: 001
Trans Type:   Renewal Issue
Oper Init:    GKPRODA
Company Abbr: GK
Release Version: 21.01

User-Selected Sets    Copies Printer
INSURED               01     RWPRINT8- HP LJ 9050
COMPANY               01     Don't print
CERTIFIED COPY        01     Don't print
CERTIFICATES          01     No forms to include with this set
```

Policy Number:   **9100113072 05**

OLD TOWNE PLUMBING HEATING AND AIR
575 E VAN BIBBER AVE
ORANGE CA 92866-2027

ATTACHED ARE DOCUMENTS FOR THE FOLLOWING NAMED INSURED:

OLD TOWNE PLUMBING HEATING AND AIR
575 E VAN BIBBER AVE
ORANGE CA 92866-2027

02-20-21

INSURED

019

Policy Number:     9100113072 05

# GEICO
One GEICO Blvd.
Fredericksburg, VA 22412

OLD TOWNE PLUMBING HEATING
575 E VAN BIBBER AVE
ORANGE   CA   92866-2027

Dear Policyholder,

Thank you for choosing GEICO for your Business Automobile Insurance needs.

It is important you review any enclosed notices, additional coverage options, and any requests for information that we need to receive from you.

We have provided you with important policy information and documents that should be kept in a safe, convenient place so you may refer to it when necessary.

If you have any questions about this policy or the insurance services we offer, please contact GEICO at 1-866-509-9444. We can assist you with your business auto needs as well as your personal insurance needs.

If you have a loss or need to report a claim, we are available Monday – Friday 8am - 8pm EST and Saturday 9am - 5:30pm EST at 1-866-509-9444.

Thank you for trusting GEICO to provide the quality service your business deserves.

Sincerely,

W.C.E. Robinson
Secretary

Todd A. Combs
President

RNGEN (03-17)

| | Policy Number<br>9100113072 05 |
|---|---|
| **COMMON POLICY DECLARATIONS** | Renewal Of:<br>9100113072 04 |

# Government Employees Insurance Company

5260 Western Ave , Chevy Chase, MD 20815-3701

| **Item 1.** Named Insured and Mailing Address | Agent Name and Address |
|---|---|
| OLD TOWNE PLUMBING HEATING AND AIR<br>575 E VAN BIBBER AVE<br>ORANGE CA 92866-2027 | William Almond<br>One GEICO Boulevard<br>Fredericksburg VA 22412 |
| | Agent No.   69020 |

| **Item 2.** Policy Period | From:   05-26-2021 To:   05-26-2022 |
|---|---|

**at 12:01 A.M., Standard Time at your mailing address shown above.**

**Item 3.** Business Description: GENERAL CONTRACTOR

Form of Business:    LIMITED LIABILITY COMPANY

**Item 4.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated.  Where no premium is shown, there is no coverage.  This premium may be subject to adjustment.

| Coverage Part(s) | | Premium |
|---|---|---|
| Commercial Property Coverage Part | | NOT COVERED |
| Commercial General Liability Coverage Part | | NOT COVERED |
| Crime and Fidelity Coverage Part | | NOT COVERED |
| Commercial Inland Marine Coverage Part | | NOT COVERED |
| Commercial Auto (Business or Motor Carrier) Coverage Part | $ | 4,750.00 |
| Commercial Garage / Auto Dealers Coverage Part | | NOT COVERED |
| | | |
| | | |
| TAX OR SURCHARGE | $ | 5.28 |
| Total Policy Premium | $ | 4,755.28 |

**Item 5.** Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

Countersigned:

Date: _____    By: _____
                                              Authorized Representative

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

**CO-DEC (10/13)**

**Policy Number**
**9100113072 05**

### SCHEDULE OF FORMS AND ENDORSEMENTS

## Government Employees Insurance Company

| | | |
|---|---|---|
| Named Insured | OLD TOWNE PLUMBING HEATING AND | Effective Date: 05-26-21 |
| | | 12:01 A.M., Standard Time |
| Agent Name | William Almond | Agent No. 69020 |

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| RNGEN | 03-17 | WELCOME/RENEWAL LETTER |
| CO-DEC | 10-13 | COMMON POLICY DECLARATIONS |
| FORM-SCHED | 01-97 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| *IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| *IL 00 21 | 09-08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| *IL P 001 | 01-04 | US TREASURY DEPT'S OFAC ADVISORY NOTICE |
| INSTALL-FORM | 01-02 | INSTALLMENT SCHEDULE |
| TAX-FORM | 01-97 | SCHEDULE OF TAXES, SURCHARGES OR FEES |
| *IL 02 70 | 09-12 | CA CHANGES - CANCELLATION & NONRENEWAL |

AUTOMOBILE FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| B316CA | 11-18 | OPTION FORM |
| AU-DEC C/W | 10-13 | BUSINESS AUTO COVERAGE FORM DECLARATIONS |
| B3797A | 09-07 | EXCLUSION OF PROPERTY DAMAGE |
| B4803 | 09-07 | ABUSE OR MOLESTATION EXCLUSION |
| *B4895 | 01-08 | ASSAULT AND BATTERY EXCLUSION |
| *B5056 | 01-11 | ELIMINATION OF WORLDWIDE COVERAGE |
| B5218 | 09-07 | PUNITIVE DAMAGE EXCLUSION |
| *B54CW | 01-11 | CHANGES - BUSINESS AUTO POLICY |
| BA2048 | 08-10 | ADDITIONAL INSURED |
| *CA 00 01 | 10-13 | BUSINESS AUTO COVERAGE FORM |
| *CA 04 42 | 10-13 | EXCL OF FEDRL EMP USING AUTOS IN GOV BUS |
| *CA 23 84 | 10-13 | EXCLUSION OF TERRORISM |
| *CA 23 85 | 10-13 | EXCL OF TERRORISM INVOLVING NUC/BIO/CHEM |
| *CA 23 94 | 10-13 | SILICA/SILICA-RELATED EXCL FOR COVRD AU |
| *CA 01 43 | 05-17 | CALIFORNIA CHANGES |
| CA 21 54 | 11-16 | CA UM COVERAGE - BODILY INJURY |
| B56V2 | 01-20 | PRIVACY NOTICE |
| *CA 04 24 | 10-13 | CA - AUTO MEDICAL PAYMENTS COVERAGE |
| *CA 20 18 | 10-13 | PROFESSIONAL SERVICES NOT COVERED |
| *CA 23 01 | 10-13 | EXPLOSIVES |
| *CA 23 04 | 10-13 | ROLLING STORES |
| *CA 23 45 | 11-16 | PUBLIC LIVERY & ON-DEMAND DELIVRY EXCL |

* These forms are part of this policy but are not printed

**FORM-SCHED (01/97)**

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

INSURED

023

| | Policy Number |
|---|---|
| | **9100113072 05** |

**INSTALLMENT SCHEDULE**

## Government Employees Insurance Company

Named Insured   OLD TOWNE PLUMBING HEATING AND

Agent Name   William Almond

Effective Date: 05-26-21
12:01 A.M., Standard Time

Agent No.   69020

IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY IS
PAYABLE ON INSTALLMENTS AS FOLLOWS:

| | DUE | PREMIUM | SURCHARGE | REVISED INSTALLMENT TOTAL |
|---|---|---|---|---|
| DEPOSIT | 05/26/2021 | $ 593.75 | $ 5.28 | $ 604.03 |
| INSTALL | 06/26/2021 | $ 415.63 | | $ 420.63 |
| INSTALL | 07/26/2021 | $ 415.63 | | $ 420.63 |
| INSTALL | 08/26/2021 | $ 415.63 | | $ 420.63 |
| INSTALL | 09/26/2021 | $ 415.63 | | $ 420.63 |
| INSTALL | 10/26/2021 | $ 415.63 | | $ 420.63 |
| INSTALL | 11/26/2021 | $ 415.63 | | $ 420.63 |
| INSTALL | 12/26/2021 | $ 415.63 | | $ 420.63 |
| INSTALL | 01/26/2022 | $ 415.63 | | $ 420.63 |
| INSTALL | 02/26/2022 | $ 415.63 | | $ 420.63 |
| INSTALL | 03/26/2022 | $ 415.58 | | $ 420.58 |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

**INSTALL-FORM (01/02)**

**Policy Number**
**9100113072 05**

SCHEDULE OF TAXES, SURCHARGES OR FEES

## Government Employees Insurance Company

Named Insured    OLD TOWNE PLUMBING HEATING AND          Effective Date:      05-26-21
                                                                         12:01 A.M., Standard Time

Agent Name    William Almond                             Agent No.      69020

CO-DEC (cont.)

    TAXES/SURCHARGES DETAILED BREAKDOWN :

    CA-Auto Special Purpose Surcharge                    $          5.28

    TOTAL TAXES/SURCHARGES                               $          5.28

TAX-FORM (01/97)

# GEICO

Government Employees Insurance Company
Policy Number: 9100113072 05

## GOVERNMENT EMPLOYEES INSURANCE COMPANY

## CALIFORNIA UNINSURED MOTORIST BODILY INJURY (UM/UIM) COVERAGE
## (INCLUDES UNDERINSURED MOTORIST COVERAGE)

**Please read this form carefully. It contains valuable information about coverages available to you. Please complete, sign and return this form if you have been instructed to do so or wish to make any changes to these coverages.**

California law requires insurers to offer Uninsured Motorist Bodily Injury (UM/UIM) Coverage in limits equal to but not exceeding your Bodily Injury (BI) Liability limits. You may reject the coverage entirely or select UM/UIM limits less than your BI limits.

**WHAT WE RECOMMEND**

For your protection, we recommend that you do not reject Uninsured Motorist Bodily Injury (UM/UIM) Coverage. This valuable protection covers you, household relatives and passengers in the insured automobile who are legally entitled to recover because of bodily injury or death caused by uninsured or hit-and-run motorists. It pays up to the first limit for any one person injured or killed and up to the second limit for two or more persons injured or killed, not to exceed the first limit for any one person.

**UNDERINSURED MOTORIST COVERAGE EXPLAINED (UIM)**

Underinsured motorist coverage pays the difference between your selected limits and the at fault driver's Bodily Injury limits based upon the value of the injury claim. For example: If your UM/UIM limits are $300,000, the at fault driver's Bodily Injury limit is $200,000, and the value of injury claim totals $250,000, we will pay $50,000 under your UM/UIM coverage. However, if you carry $100,000 UM/UIM coverage, there would be no difference between the two limits and no payment would be due even if the value of the injury claim exceeded that amount.

**The following information is required by the State of California:**

**The California Insurance Code requires an insurer to provide Uninsured Motorist coverage in each bodily injury liability insurance policy it issues covering liability arising out of the ownership, maintenance, or use of a motor vehicle. Such section also permits the insurer and the applicant to delete such coverage completely or to delete such coverage when a motor vehicle is operated by a natural person or persons designated by name, or agree to provide such coverage in an amount less than that required by subdivision (m) of Section 11580.2 of the Insurance Code, but not less than the financial responsibility requirements. Uninsured Motorist coverage insures the insured, his heirs, or legal representatives for all sums within the limits established by law, which such person or persons are legally entitled to recover as damages for bodily injury, including any resulting sickness, disease, or death, to him from the owner or operator of an uninsured motor vehicle not owned or operated by the insured or a resident of the same household. An uninsured motor vehicle includes an underinsured motor vehicle as defined in Subdivision (p) of Section 11580.2 of the Insurance Code.**

Bodily Injury Liability Coverage: $750,000
Please indicate your selection below and sign, date and return this form to us immediately. Note that UM/UIM cannot exceed your BI limits.

## Offer of Uninsured Motorist Bodily Injury (UM/UIM) Coverage

If you have selected Combined Bodily Injury (BI) limits, then you must select Combined (UM/UIM) limits. If you have selected Split Bodily Injury (BI) limits, then you must select Split (UM/UIM) limits.

☐ **I select Uninsured Motorist Bodily Injury (UM/UIM) Coverage at limits equal to the limits of my Bodily Injury Liability Coverage.**

☐ **I reject Uninsured Motorist Bodily Injury (UM/UIM) Coverage at limits equal to my Bodily Injury Liability Coverage and I select one of the following limits:** Please select one option under either the Combined (UM/UIM) or Split (UM/UIM). If you do not want to include Uninsured Motorist Bodily Injury (UM/UIM) Coverage, please select the Rejection of Uninsured Motorist Bodily Injury (UM/UIM) Coverage below.

| Combined (UM/UIM) | Split Limit (UM/UIM) Per person / Per occurrence |
|---|---|
| ☐ $60,000 | ☐ $15,000/$30,000 |
| ☐ $100,000 | ☐ $30,000/$60,000 |
| ☐ $300,000 | ☐ $50,000/$100,000 |
| ☐ $500,000[1]* | ☐ $100,000/$300,000 |
| ☐ $750,000[1]* | ☐ $250,000/$500,000[1]* |
| ☐ $1,000,000[1]* | ☐ $500,000/$1,000,000[1]* |

\* These limits are not available if any insured or driver has a motor carrier permit.
[1] These limits are subject to Underwriting approval.

## Rejection of Uninsured Motorist Bodily Injury (UM/UIM) Coverage

☐ **I reject Uninsured Motorist Bodily Injury (UM/UIM) Coverage entirely.**

| _____ | _____ | _____ |
|---|---|---|
| Signature | Print Name | Date |

| _____ | _____ | _____ |
|---|---|---|
| Signature | Print Name | Date |

**UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE AND COLLISION DEDUCTIBLE WAIVER**

**WHAT THE LAW REQUIRES**

IF your policy includes Uninsured Motorist Bodily Injury (UM/UIM) coverage as described on the reverse side, we are required to offer you the following coverages.

1.  **COLLISION DEDUCTIBLE WAIVER.** If any vehicle on your policy carries Collision coverage, you may select this coverage on that vehicle, which provides that the Collision deductible, if any, will be paid by us in the event of a collision between that vehicle insured by us and an at-fault uninsured motor vehicle.

2.  **UNINSURED MOTORIST PROPERTY DAMAGE (UMPD).** For any vehicle on the policy that does not carry Collision coverage, you may select this coverage on that vehicle, which provides that we will pay you the actual cash value or $3,500, whichever is less, for loss or damage to that vehicle (except loss of use of that vehicle and personal property therein) caused by the owner or operator of an at-fault uninsured motor vehicle.

**WHEN WE WILL PAY**

We will waive the Collision deductible or pay under the UMPD only when the collision involves actual direct physical contact between your vehicle and the uninsured vehicle, and the owner or operator of the uninsured vehicle is identified, or the vehicle itself is identified by license plate number, and you report the accident to us within 10 business days. To collect the Collision deductible or payment under UMPD, the owner or operator of the uninsured motor vehicle must be legally liable to you for damage.

**The following information is required by the State of California:**

**The California Insurance Code requires insurers to offer coverage for damage to the insured motor vehicle, to the extent that you are legally entitled to recover from the owner or operator of the uninsured motor vehicle, that either:**

  **(1) Pays the Collision deductible on the insured motor vehicle when you have purchased Collision coverage.**
  **(2) Pays for the damage to the insured motor vehicle when you have not purchased Collision coverage.**

**Payment shall not include damage to personal property or loss of use of a motor vehicle and shall not exceed the smaller of any of the following:**

  **(A) The amount of the Collision deductible.**
  **(B) The actual cash value of the insured motor vehicle.**
  **(C) $3,500.**

**You may reject such coverage completely or reject such coverage when an insured motor vehicle is operated by a natural person or persons designated by name.**

If you carry Uninsured Motorist Bodily Injury (UM/UIM) Coverage and wish to make any changes to your policy, please indicate your selections and sign, date and return this form to us.

☐ I want Collision Deductible Waiver on all vehicles on my policy with Collision coverage.

☐ I want Uninsured Motorist Property Damage on all vehicles on my policy without Collision coverage.

☐ I **reject** Collision Deductible Waiver on applicable vehicles.

☐ I **reject** Uninsured Motorist Property Damage on applicable vehicles.

| _____ | _____ | _____ |
|:---:|:---:|:---:|
| Signature | Print Name | Date |

| _____ | _____ | _____ |
|:---:|:---:|:---:|
| Signature | Print Name | Date |

**POLICY NUMBER:**    9100113072 05                                        **COMMERCIAL AUTO**

## Government Employees Insurance Company

# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

**PRODUCER:**
William Almond

**NAMED INSURED:**    OLD TOWNE PLUMBING HEATING AND AIR

**MAILING ADDRESS:**    575 E VAN BIBBER AVE
ORANGE, CA 92866-2027

**POLICY PERIOD:**    From    05-26-2021    to    05-26-2022    at 12:01 A.M. Standard Time at your
mailing address shown above

**PREVIOUS POLICY NUMBER:**    9100113072 04

**FORM OF BUSINESS:**

☐ CORPORATION          ☒ LIMITED LIABILITY COMPANY          ☐ INDIVIDUAL
☐ PARTNERSHIP          ☐ OTHER _____

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| Premium shown is payable at inception:    $    4,755.28 | | | | |
|---|---|---|---|---|
| AUDIT PERIOD (IF APPLICABLE) | ANNUALLY | SEMI-ANNUALLY | QUARTERLY | MONTHLY |

**ENDORSEMENTS ATTACHED TO THIS POLICY:**
   IL 00 17 — Common Policy Conditions (**IL 01 46** in Washington)
   IL 00 21 — Broad Form Nuclear Exclusion (not Applicable in New York) (**IL 01 98** in Washington)

### SEE SCHEDULE OF FORMS AND ENDORSEMENTS

COUNTERSIGNED _____    BY _____
                                    (Date)                                                (Authorized Representative)

**AU-DEC C/W 10 13  Ed. 2**                                        **Page 1**

## ITEM TWO

### Schedule Of Coverages And Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coveages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| COVERED AUTOS LIABILITY | 7 | $ 750,000 | $ 3,098 |
| PERSONAL INJURY PROTECTION (or equivalent No-fault Coverage) | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS DEDUCTIBLE. | |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE PROPERTY PROTECTION INSURANCE ENDORSEMENT MINUS          DEDUCTIBLE FOR EACH ACCIDENT. | |
| AUTO MEDICAL PAYMENTS | 7 | $ 5,000    EACH INSURED | $ 57 |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | SEPARATELY STATED IN THE MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | |
| UNINSURED MOTORISTS | 7 | $ 500,000 | $ 648 |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | 7 | $ 500,000 | INCL |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 7 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS  SEE  SCHEDULE DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR For Hired or Borrowed Autos. | $ 183 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed Autos. | |
| PHYSICAL DAMAGE COLLISION COVERAGE | 7 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS  SEE  SCHEDULE DEDUCTIBLE, FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed Autos. | $ 764 |
| PHYSICAL DAMAGE TOWING AND LABOR | | FOR EACH DISABLEMENT OF A PRIVATE PASSENGER AUTO. | |
| | | TAX/SURCHARGE/FEE | $ 5.28 |
| | | PREMIUM FOR ENDORSEMENTS | |
| | | *ESTIMATED TOTAL PREMIUM | $ 4,755.28 |

*This policy may be subject to final audit.

In accordance with Section 1872.87 of the California Insurance Code, in addition to your premium, a $1.76 charge per vehicle is assessed to fund auto insurance fraud reduction initiatives. This charge is applied once per policy term per vehicle.

**AU-DEC C/W 10 13  Ed. 2**

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number (S) Vehicle Identification Number (VIN) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged | Original Cost New |
|---|---|---|---|
| CA1 | 2015, FORD TRANSIT-250 CARGO, 1FTYR2XVXFKA38046 | ORANGE CA, 186 | $ 39,000   ACV |
| CA2 | 2008, FORD F-350, 1FDWX34588EA57828 | ORANGE CA, 186 | $ 35,000   ACV |
| CA3 | 2011, ISUZU NRR, JALE5W160B7900175 | ORANGE CA, 186 | $ 48,015   ACV |
| | | | |
| | | | |

| Covered Auto No. | CLASSIFICATION Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|---|---|---|---|---|---|---|
| CA1 | 50 | s | 10,000 | 7 | Electrical, Plumbing, Masonry, Plastering and other repair service | 011830 | |
| CA2 | 50 | s | 15,000 | 12 | Electrical, Plumbing, Masonry, Plastering and other repair service | 211830 | |
| CA3 | 50 | s | 19,500 | 11 | Electrical, Plumbing, Masonry, Plastering and other repair service | 211830 | |
| | | | | | | | |
| | | | | | | | |

**COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES**

(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY Limit | Premium | PERSONAL INJURY PROTECTION Limit Stated In Each P.I.P. Endt. Minus Deductible Shown Below | Premium | ADDED P.I.P. Premium For Limit Stated In Each Added P.I.P. Endt. | PROPERTY PROTECTION (Michigan Only) Limit Stated In P.P.I. Endt. Minus Deductible Shown Below | Premium |
|---|---|---|---|---|---|---|---|
| CA1 | $ 750,000 | $ 998 | | | | | |
| CA2 | $ 750,000 | $ 1,050 | | | | | |
| CA3 | $ 750,000 | $ 1,050 | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total Premium | | $ 3,098 | | | | | |

**AU-DEC C/W 10 13  Ed. 2**

Page 3

INSURED

031

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN (Continued)**

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry In the corresponding ITEM TWO column applies instead.) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | AUTO MEDICAL PAYMENTS | | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | | UNINSURED MOTORISTS | | | UNDERINSURED MOTORISTS |
| | Limit Each Insured | Premium | Limit Stated In The Medical Expense and Income Loss Benefits Endorsement For Each Person | Premium | Limit | | Premium | Premium |
| CA1 | $5,000 | $ 19 | | | $ 500,000 | | $ 216 | INCL |
| CA2 | $5,000 | $ 19 | | | $ 500,000 | | $ 216 | INCL |
| CA3 | $5,000 | $ 19 | | | $ 500,000 | | $ 216 | INCL |
| | | | | | | | | |
| | | | | | | | | |
| Total Premium | | $ 57 | | | | | $ 648 | INCL |

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry In the corresponding ITEM TWO column applies instead.) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR | |
| | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Per Disablement | Premium |
| CA1 | $ 500 | $ 84 | | | $ 500 | $ 366 | | |
| CA2 | $ 500 | $ 39 | | | $ 500 | $ 144 | | |
| CA3 | $ 500 | $ 60 | | | $ 500 | $ 254 | | |
| | | | | | | | | |
| | | | | | | | | |
| Total Premium | | $ 183 | | | | $ 764 | | |

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS**

| COVERED AUTOS LIABILITY COVERAGE – Cost Of Hire Rating Basis for Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **COVERED AUTOS LIABILITY COVERAGE** | **STATE** | **ESTIMATED COST OF HIRE FOR EACH STATE** | **PREMIUM** |
| Primary Coverage | | | |
| Excess Coverage | | | |
| | | **TOTAL HIRED AUTO PREMIUM** | |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein,

2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and

3. The total dollar amount of any other costs (*i.e.*, repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| COVERED AUTOS LIABILITY COVERAGE – Cost Of Hire Rating Basis for Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **COVERED AUTOS LIABILITY COVERAGE** | **STATE** | **ESTIMATED COST OF HIRE FOR EACH STATE** | **PREMIUM** |
| Primary Coverage | | | |
| Excess Coverage | | | |
| | | **TOTAL HIRED AUTO PREMIUM** | NOT APPLICABLE |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**AU-DEC C/W 10 13  Ed. 2**

Page 5

INSURED

033

**ITEM FOUR**

SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile or Farm Equipment) | | | | |
|---|---|---|---|---|
| COVERAGE | STATE | LIMIT OF INSURANCE | ESTIMATED COST OF HIRE FOR EACH STATE (Excluding Autos Hired With A Driver) | PREMIUM |
| COMPREHENSIVE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE  FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | | |
| SPECIFIED CAUSES OF LOSS | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | |
| COLLISION | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO. | | |
| | | | TOTAL HIRED AUTO PREMIUM | |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | | |

**AU-DEC C/W 10 13  Ed. 2**

Page  6

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment — Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| **COVERAGE** | **STATE** | **ESTIMATED COST OF HIRE FOR EACH STATE** | | **PREMIUM** | |
| | | **Mobile Equipment** | **Farm Equipment** | **Mobile Equipment** | **Farm Equipment** |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| TOTAL HIRED AUTO PREMIUM | | | | | |
| Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers. | | | | | |

**AU-DEC C/W 10 13  Ed. 2**

Page  7

INSURED

035

ITEM FOUR

SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)

| Cost Of Hire Rating Basis For Mobile or Farm Equipment — Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | ESTIMATED COST OF HIRE FOR EACH STATE (Excluding Autos Hired With A Driver) | | PREMIUM | |
| COVERAGE | STATE | LIMIT OF INSURANCE | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| COMPREHENSIVE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | | | | |
| SPECIFIED CAUSES OF LOSS | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | | | |
| COLLISION | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO. | | | | |
| TOTAL HIRED AUTO PREMIUM | | | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

AU-DEC C/W 10 13  Ed. 2

Page 8

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| COVERAGE | TOWN AND STATE WHERE THE JOB SITE IS LOCATED | ESTIMATED NUMBER OF DAYS EQUIPMENT WILL BE RENTED | | PREMIUM | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits  (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| TOTAL HIRED AUTO PREMIUMS | | | | | |

**ITEM FIVE**

**SCHEDULE FOR NON-OWNERSHIP COVERED AUTOS LIABILITY**

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | | |
| | Number Of Partners (Active and Inactive) | | |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | |
| | Number Of Partners (Active and Inactive) | | |
| Social Service Agencies | Number Of Employees | | |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | |
| | Number Of Partners (Active and Inactive) | | |
| TOTAL NON-OWNERSHIP COVERED AUTOS LIABILITY PREMIUM | | | NOT APPLICABLE |

**AU-DEC C/W 10 13  Ed. 2**

Page 9

037

**ITEM SIX**
**SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS**

| Type Of Risk (Check one): | Public Autos | | Leasing Or Rental Concerns |
|---|---|---|---|
| Rating Basis (Check one): | Gross Receipts (Per $100) | | Mileage (Per Mile) |
| Estimated Yearly (Check One): | Gross Receipts (Per $100) | | Mileage |
| **Premiums** | | | |
| Covered Autos Liability | | | |
| Personal Injury Protection | | | |
| Added Personal Injury Protection | | | |
| Property Protection Insurance (Michigan Only) | | | |
| Auto Medical Payments | | | |
| Medical Expense And Income Loss Benefits (Virginia Only) | | | |
| Comprehensive | | | |
| Specified Causes Of Loss | | | |
| Collision | | | |
| Towing And Labor | | | |

When used as a premium basis:

### FOR PUBLIC AUTOS

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

### FOR RENTAL OR LEASING CONCERNS

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

**AU-DEC C/W 10 13  Ed. 2**

Page 10

Government Employees Insurance Company

Policy Number:  9100113072 05

**Business Auto Policy Amendment**
**Exclusion of Property Damage**
**(to property in the care, custody or control of the insured)**

THIS AMENDMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This amendment modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
TRUCKERS COVERAGE FORM

It is agreed that SECTION II - LIABILITY COVERAGE, B. EXCLUSIONS, 6. CARE, CUSTODY OR CONTROL is amended to read as follows:

This insurance does not apply to any of the following:

6.  CARE, CUSTODY OR CONTROL

(a)  "Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control.

(b)  "Property damage" to property owned by the named insured.

This exclusionary clause does not apply to liability assumed under a sidetrack agreement.

All other terms, conditions and agreements of the policy shall remain unchanged.

This amendment is affirmed.

W.C.E. Robinson
Secretary

Todd A. Combs
President

B-3797A (09-07)

INSURED

039

**Business Auto Policy Amendment**
**Abuse Or Molestation Exclusion**

`Government Employees Insurance Company`
Policy Number:   `9100113072 05`

PLEASE READ CAREFULLY

This amendment modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following exclusion is added to the policy:

This insurance does not apply to "bodily injury" or "property damage" arising out of:

(a) The alleged, actual or threatened abuse, molestation or sexual contact, whether or not intentional, by anyone or any person; or

(b) The negligent:
    (i)   Employment;
    (ii)  Investigation;
    (iii) Supervision; or
    (iv)  Retention;
    of anyone or negligent entrustment to anyone whose conduct would be excluded by (a) above; or

(c) The reporting to authorities or failure to report to authorities the alleged, actual or threatened abuse, molestation or sexual contact by anyone of any person.

All other terms, conditions and agreements shall remain unchanged.

This amendment is affirmed.

W.C.E. Robinson
Secretary

Todd A. Combs
President

B-4803 (09-07)

Government Employees Insurance Company

Policy Number: 9100113072 05

Effective Date: 05-26-2021

**Business Auto Policy Amendment**
**GENERAL LIABILITY PUNITIVE**
**DAMAGE EXCLUSION DUTY TO**
**DEFEND**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies the insurance provided under all coverage forms.

The insuring agreement is amended to provide that this insurance does not apply to any sums awarded as punitive damages. For the purposes of this Endorsement, punitive damages include, but are not limited to, the following punitive damages, exemplary damages, treble damages, statutory damages, and any other damages which are awarded to punish or deter a wrongdoer, deter others from similar conduct, or any other similar type of damages.

Subject to all other terms, conditions and exclusions of the policy, the Company has the right to defend any suit against the insured which seeks both punitive damages and damages to which this insurance applies. However, the Company has no duty to defend any suit seeking only punitive damages or where the remaining allegations of a complaint seek only punitive damages. The Company shall have the right to settle that part or parts of a suit seeking damages other than punitive damages.

In the event of a conflict of interest between the insured and the Company due to allegations which might result in an award of punitive damages against the insured or due to other allegations not covered by this insurance, the Company shall not be obligated to retain separate counsel to represent the interests of the insured with respect to defense of non-covered allegations, but the insured shall have the right to retain separate counsel at the insured's expense to serve as co-counsel. The Company shall not be required to relinquish control of the defense to such co counsel so long as covered allegations remain in the suit.

All other terms, conditions and agreements of the policy shall remain unchanged.

This amendment is affirmed.

W.C.E. Robinson
Secretary

Todd A. Combs
President

B5216 (09-07)

**Government Employees Insurance Company**
Policy Number:    9100113072 02

# Business Auto Policy Amendment
## Changes - Business Auto Policy

This amendment modifies insurance provided under the following: BUSINESS AUTO COVERAGE FORM

## SECTION III – PHYSICAL DAMAGE COVERAGE

### C. Limit of Insurance

The following limit is added:

> The limit of our liability for "loss" for glass repair or replacement, is not to exceed the prevailing competitive price. Although you have the right to choose any glass repair facility or location, the limit of liability for "loss" to window glass is the cost to repair or replace such glass but will not exceed the prevailing competitive price. This is the price we can secure from a competent and conveniently located glass repair facility. At your request, we will identify a glass repair facility that will perform the repairs at the prevailing competitive price.

## SECTION IV - BUSINESS AUTO CONDITIONS

The following condition is added:

### Choice of Law

> The policy and any amendment(s) and endorsement(s) are to be interpreted pursuant to the laws of the state where the vehicle is principally garaged as shown on ITEM THREE of the declarations page.

This amendment is affirmed.

W.C.E. Robinson
Secretary

William E. Roberts
President

B54CW (01-11)

POLICY NUMBER: 9100113072 05

**COMMERCIAL AUTO**
**BA 20 48 08 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Countersigned By: |
|---|---|
| 05-26-2021 | |
| Named Insured: | |
| OLD TOWNE PLUMBING HEATING | (Authorized Representative) |

**SCHEDULE**

| Name of Person(s) or Organization(s): |
|---|
| LEVICA BUILDERS INC<br>1267 N TUSTIN AVE<br>ANAHEIM, CA 92807-1603 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

INSURED

043

POLICY NUMBER: 9100113072 05

**COMMERCIAL AUTO**
**BA 20 48 08 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>05-26-2021 | Countersigned By: |
|---|---|
| Named Insured:<br>OLD TOWNE PLUMBING HEATING | (Authorized Representative) |

**SCHEDULE**

| Name of Person(s) or Organization(s): |
|---|
| MENDOCINO FARMS<br>350 S GRAND AVE STE 2230<br>LOS ANGELES, CA 90071-3485 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

INSURED

044

POLICY NUMBER: 9100113072 05

**COMMERCIAL AUTO**
**BA 20 48 08 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: 05-26-2021 | Countersigned By: |
|---|---|
| Named Insured: OLD TOWNE PLUMBING HEATING | (Authorized Representative) |

**SCHEDULE**

| **Name of Person(s) or Organization(s):** |
|---|
| DYNAMIC REAL ESTATE INVESTMENTS I, LLC 30700 RUSSELL RANCH RD STE 250 THOUSAND OAKS, CA 91362-9507 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

**BA 20 48 08 10**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 3 of 9**    ☐

POLICY NUMBER:  9100113072 05

**COMMERCIAL AUTO**
**BA 20 48 08 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>05-26-2021 | Countersigned By: |
|---|---|
| Named Insured:<br>OLD TOWNE PLUMBING HEATING | (Authorized Representative) |

**SCHEDULE**

| Name of Person(s) or Organization(s): |
|---|
| RONWAY 6, INC<br>8941 DALTON AVE<br>LOS ANGELES, CA 90047-3631 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **BA 20 48 08 10**    ☐

INSURED

POLICY NUMBER:  9100113072 05                                      **COMMERCIAL AUTO**
                                                                   **BA 20 48 08 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

      BUSINESS AUTO COVERAGE FORM
      GARAGE COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>05-26-2021 | Countersigned By: |
|---|---|
| Named Insured:<br>OLD TOWNE PLUMBING HEATING | (Authorized Representative) |

**SCHEDULE**

| Name of Person(s) or Organization(s): |
|---|
| PINHERO THOMAS CONSTRUCTION INC<br>41541 DATE ST<br>MURRIETA, CA 92562-7086 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

**BA 20 48 08 10**      Includes copyrighted material of Insurance Services Office,      **Page 5 of 9**   ☐
               Inc., with its permission.

POLICY NUMBER: 9100113072 05

**COMMERCIAL AUTO**
**BA 20 48 08 10**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>05-26-2021 | Countersigned By: |
|---|---|
| Named Insured:<br>OLD TOWNE PLUMBING HEATING | (Authorized Representative) |

## SCHEDULE

**Name of Person(s) or Organization(s):**

CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS C
PO BOX 1297
LAKE FOREST, CA 92609-1297

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

**Page 6 of 9**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **BA 20 48 08 10**  ☐

INSURED

048

POLICY NUMBER:  9100113072 05

**COMMERCIAL AUTO**
**BA 20 48 08 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>05-26-2021 | Countersigned By: |
|---|---|
| Named Insured:<br>OLD TOWNE PLUMBING HEATING | (Authorized Representative) |

**SCHEDULE**

| Name of Person(s) or Organization(s): |
|---|
| CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS C<br>PO BOX 4526<br>CERRITOS, CA 90703-4526 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

| BA 20 48 08 10 | Includes copyrighted material of Insurance Services Office, Inc., with its permission. | Page 7 of 9 | □ |
|---|---|---|---|

INSURED

049

POLICY NUMBER:  9100113072 05

**COMMERCIAL AUTO**
**BA 20 48 08 10**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

      BUSINESS AUTO COVERAGE FORM
      GARAGE COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>05-26-2021 | Countersigned By: |
|---|---|
| Named Insured:<br>OLD TOWNE PLUMBING HEATING | <br>(Authorized Representative) |

### SCHEDULE

| Name of Person(s) or Organization(s): |
|---|
| ARLINGTON CONSTRUCTION INC<br>519 E 11TH AVE<br>COLUMBUS, OH 43211-2603 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

INSURED

POLICY NUMBER:  9100113072 05

**COMMERCIAL AUTO**
**BA 20 48 08 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: 05-26-2021 | Countersigned By: |
|---|---|
| Named Insured: OLD TOWNE PLUMBING HEATING | (Authorized Representative) |

**SCHEDULE**

| Name of Person(s) or Organization(s): |
|---|
| CULINARY BRANDS<br>3250 E 44TH ST<br>VERNON, CA 90058-2426 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

**BA 20 48 08 10**    Includes copyrighted material of Insurance Services Office,    **Page 9 of 9**  □
Inc., with its permission.

INSURED

051

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

© Insurance Services Office, Inc., 2011

INSURED

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

## B. Owned Autos You Acquire After The Policy Begins

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

         This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

INSURED

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

INSURED

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

© Insurance Services Office, Inc., 2011

INSURED

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   a. **Comprehensive Coverage**

      From any cause except:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft;

      (3) Windstorm, hail or earthquake;

      (4) Flood;

      (5) Mischief or vandalism; or

      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   c. **Collision Coverage**

      Caused by:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   a. **Transportation Expenses**

      We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   b. **Loss Of Use Expenses**

      For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

      (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

      (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

INSURED

CA 00 01 10 13

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

© Insurance Services Office, Inc., 2011

INSURED

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

INSURED

059

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

CA 00 01 10 13    © Insurance Services Office, Inc., 2011    **Page 9 of 12**

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

INSURED

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

     **(1)** Snow removal;

     **(2)** Road maintenance, but not construction or resurfacing; or

     **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011 CA 00 01 10 13

INSURED

063

COMMERCIAL AUTO
CA 01 43 05 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, California, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following are added to the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form and supersede any provisions to the contrary:

**1.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident", a person described in Paragraph **1.b.** is operating an "auto" owned by the business described in Paragraph **1.a.,** then that person's liability coverage is primary and the Coverage Form issued to a business described in Paragraph **1.a.** is excess over any coverage available to that person.

**2.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident", an "insured" under the Coverage Form described in Paragraph **2.a.** is operating an "auto" owned by a person described in Paragraph **2.b.,** then the Coverage Form issued to the business described in Paragraph **2.a.** is primary and the liability coverage issued to a person described in Paragraph **2.b.** is excess over any coverage available to the business.

**3.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a "commercial vehicle" and:

**a.** One provides coverage to a Named Insured, who in the course of business, rents or leases "commercial vehicles" without operators; and

**b.** The other provides coverage to a person other than as described in Paragraph **3.a.;** and

**c.** At the time of an "accident", a person who is not the Named Insured of the Policy described in Paragraph **3.a.,** and who is not the agent or "employee" of such Named Insured, is operating a "commercial vehicle" provided by the business covered by the Coverage Form or policy described in Paragraph **3.a.,** then the liability coverage provided by the Coverage Form or policy described in Paragraph **3.b.** is primary, and the liability coverage provided by the Coverage Form or policy described in Paragraph **3.a.** is excess over any coverage available to that person.

CA 01 43 05 17

© Insurance Services Office, Inc., 2016

**Page 1 of 2**

INSURED

**4.** Notwithstanding Paragraph **A.3.,** when this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a power unit and any connected "trailer" or "trailers" and:

    **a.** One provides coverage to a Named Insured engaged in the business of transporting property by "auto" for hire; and

    **b.** The other provides coverage to a Named Insured not engaged in that business; and

    **c.** At the time of an "accident", a power unit is being operated by a person insured under the Coverage Form or policy described in Paragraph **4.a.,** then that Coverage Form or policy is primary for both the power unit and any connected "trailer" or "trailers" and the Coverage Form or policy described in Paragraph **4.b.** is excess over any other coverage available to such power unit and attached "trailer" or "trailers".

**B.** As used in this endorsement:

"Commercial vehicle" means an "auto" subject to registration or identification under California law which is:

    **1.** Used or maintained for the transportation of persons for hire, compensation or profit;

    **2.** Designed, used or maintained primarily for the transportation of property; or

    **3.** Leased for a period of six months or more.

© Insurance Services Office, Inc., 2016

CA 01 43 05 17

INSURED

065

POLICY NUMBER: 9100113072 05

**COMMERCIAL AUTO**
**CA 21 54 11 16**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA UNINSURED MOTORISTS COVERAGE – BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, California, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:**   OLD TOWNE PLUMBING HEATING AND AIR |
| **Endorsement Effective Date:**     05/26/2021 |

**SCHEDULE**

| **Limit Of Insurance:**  $500,000 | **Each "Accident"** |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay only after the limits of liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**CA 21 54 11 16**          © Insurance Services Office, Inc., 2016          **Page 1 of 5**

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Punitive or exemplary damages.

2. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph b. of the definition of "uninsured motor vehicle".

3. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

4. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

   However, Exclusion 4. shall not apply to "bodily injury" sustained by an individual Named Insured or "family member" when struck by a vehicle owned by that "insured" and operated or caused to be operated by a person without that "insured's" consent in connection with criminal activity that has been documented in a police report and to which that "insured" is not a party to.

5. "Bodily injury" sustained by an individual Named Insured or any "family member" while "occupying" any vehicle leased by that Named Insured or any "family member" under a written contract for a period of six months or more that is not a covered "auto".

6. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

7. "Bodily injury" sustained by an "insured" while "occupying" any "auto" that is rented or leased to that "insured" for use as a public or livery conveyance. However, this exclusion does not apply if the "insured" is in the business of providing public or livery conveyance.

   As used in this exclusion, public or livery conveyance includes, but is not limited to, any period of time an "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "auto".

8. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. For a vehicle described in Paragraph b. of the definition of "uninsured motor vehicle", our Limit of Insurance shall be reduced by all sums paid because of "bodily injury" by or for anyone who is legally responsible, including all sums paid or payable under this policy's Covered Autos Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

    © Insurance Services Office, Inc., 2016    CA 21 54 11 16

INSURED

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for California Uninsured Motorists Coverage – Bodily Injury as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Send us copies of the legal papers if a "suit" is brought. In addition, a person seeking coverage under Paragraph **b.** of the definition of "uninsured motor vehicle" must:

      (1) Provide us with a copy of the complaint by personal service or certified mail if the "insured" brings an action against the owner or operator of such "uninsured motor vehicle";

      (2) Within a reasonable time, make all pleadings and depositions available for copying by us or furnish us copies at our expense; and

      (3) Provide us with proof that the limits of insurance under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

2. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   No legal action may be brought against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form and with respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle" unless within two years from the date of the "accident":

   a. Agreement as to the amount due under this insurance has been concluded;

   b. The "insured" has formally instituted arbitration proceedings against us. In the event that the "insured" decides to arbitrate, the "insured" must formally begin arbitration proceedings by notifying us in writing, sent by certified mail, return receipt requested; or

   c. "Suit" for "bodily injury" has been filed against the uninsured motorist in a court of competent jurisdiction.

      Written notice of the "suit" must be given to us within a reasonable time after the "insured" knew, or should have known, that the other motorist is uninsured. In no event will such notice be required before two years from the date of the accident. Failure of the "insured" or his or her representative to give us such notice of the "suit" will relieve us of our obligations under this Coverage Form only if the failure to give notice prejudices our claim.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   **Transfer Of Rights Of Recovery Against Others To Us**

   a. With respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle", if we make any payment, we are entitled to recover what we paid from other parties. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

   b. With respect to Paragraph **b.** of the definition of "uninsured motor vehicle", if we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

(1) On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**5.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", the disagreement will be settled by arbitration. Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator. However, disputes concerning coverage under this endorsement may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

**F. Additional Definitions**

The following are added to the **Definitions** section:

**1.** "Family member" means the individual Named Insured's spouse, whether or not a resident of the individual Named Insured's household, and any other person related to such Named Insured by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**4.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but that sum is less than the Limit of Insurance for this coverage;

**c.** For which an insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent;

© Insurance Services Office, Inc., 2016

CA 21 54 11 16

INSURED

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**e.** That is owned by an individual Named Insured or "family member" and operated or caused to be operated by a person without the owner's consent in connection with criminal activity that has been documented in a police report.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by the United States of America, Canada, a state or political subdivision of any of those governments or an agency of any of the foregoing; or

**c.** Designed or modified for use primarily off public roads while not on public roads.

© Insurance Services Office, Inc., 2016

INSURED

GOVERNMENT EMPLOYEES INSURANCE COMPANY

# GEICO
## PRIVACY NOTICE

**GEICO Respects Your Privacy**

Protecting your privacy is very important to us. Policyholders like you have trusted us with their insurance needs for over 70 years, and we take our obligation to safeguard and secure your personal Information very seriously. We want you to understand how we protect your privacy and when we collect and use your Information.

**The Information We Collect**

Non-public personally identifiable Information ("Information") is Information that identifies you and is not available to the general public. The following sections tell you more about how and when we collect your information.

**Information We Obtain From You**

During the quoting, application, or claims handling processes you may give us Information such as your:

- Name
- Address
- Phone Number
- Email Address
- Social Security Number
- Driver's License Number
- Date of Birth

If you gave us your email address, GEICO may use it from time to time to notify you of such things as new services, special offers, or to confirm transactions.

**Information About Your Transactions**

We may collect Information about your transactions and experiences with us and others, such as your payment history, claims, coverage, and vehicles changes.

**Information From Third Parties**

We may receive Information about you from consumer reporting agencies, which provide us with motor vehicle reports and claim reports.

If you commit to purchase a policy with GEICO, we will also confirm your motor vehicle record and claims history, as permitted by law.

As permitted by law, we may also review your motor vehicle record and/or claims history in connection with any renewal.

**The Information We Disclose**

Information about our customers or former customers will only be disclosed as permitted or required by law. Information about you that has been collected is maintained in your policy and/or claims records.

We use this Information to process and service your policy; to settle claims; with your consent; or as directed by you. We may also disclose it to persons or organizations as necessary to perform transactions you request or authorize. Information about our former customers and about individuals who have obtained quotes from us is safeguarded to the same extent as Information about our current policyholders.

**Following are some examples of how we may disclose Information:**

We must exchange Information about you with our agents, investigators, appraisers, attorneys, and other persons who are or will become involved in processing your application and servicing your policy or any claims you may make.

When you are involved in a claim, policy Information is provided to adjusters and the businesses that will repair your vehicle.

We may share Information with persons or organizations that we have determined need the Information to perform a business, professional, or insurance function for us. These include businesses that help us with administrative functions. If the law in your state permits, we may share Information with financial institutions with which we have a joint-marketing agreement. All of these entities are obligated to keep the Information that we provide to them confidential and to use the Information only for the purpose for which the Information was provided.

Information may be provided to organizations conducting actuarial research or audits. In this case, you will not be individually identified in any research report. The organization must agree not to redisclose the Information and the

Information will be returned to us or destroyed when it is no longer needed.

**We may also share your Information for other permitted purposes, including:**

- With another insurance company if you are involved in an accident with their insured
- With our reinsurers
- With insurance-support organizations that detect and prevent fraud
- With medical professionals or institutions in order to verify coverage or conduct operations or services audits
- With state insurance departments or other governmental or law enforcement authorities if required by law or to protect our legal interests or in cases of suspected fraud or illegal activities
- Other subsidiaries of GEICO Corporation to offer you additional products and services
- With consumer reporting agencies as permitted by law
- If ordered by a subpoena, search warrant or other court order

**Confidentiality and Security**

We restrict access to your information to employees who we have determined need it in order to provide products or services to you. We train our employees to safeguard customer information, and we require them to sign confidentiality and non-disclosure agreements. We maintain strict physical, electronic and procedural safeguards to protect your information from unauthorized access by third parties.

**Changes to This Privacy Notice**

Each of our policyholders receives a copy of our privacy notice at least once per year. In addition, in the event that we make a significant change to our privacy practices, we will send a revised copy of our privacy notice to each of our current policyholders.

**What to Do if You Have Privacy or Security Concerns**

If you have a concern about privacy or security at GEICO, we want to hear about it by mail or email.

Please write to us at:

Privacy Administration
GEICO
One GEICO Plaza
Washington, DC 20076

or email us at privacypolicy@geico.com.


GEICO's Privacy Policy is available online at: https://media.geico.com/legal/privacy_policy.htm


**CALIFORNIA RESIDENTS:** You have additional rights under the California Consumer Privacy Act. For further information, please read the California Residents section of GEICO's Privacy Policy at https://media.geico.com/legal/privacy_policy.htm or call 1-866-509-9444.


**GEICO COMMERCIAL AUTO POLICY INQUIRIES:**

GEICO Commercial Auto
PO Box 6639
Fredericksburg VA 22403-6639

## CALIFORNIA INSURANCE IDENTIFICATION CARD

COMPANY NUMBER
22063

COMPANY NAME AND ADDRESS
Government Employees Insurance Company
One GEICO Blvd.
Fredericksburg, VA 22412

POLICY NUMBER
910011307205

EFFECTIVE DATE
05-26-2021

EXPIRATION DATE
05-26-2022

**THIS POLICY MEETS THE REQUIREMENTS OF § 16056 OF THE CALIFORNIA VEHICLE CODE**

YEAR    MAKE/MODEL
2015 FORD TRANSIT-250 CARGO

VEHICLE IDENTIFICATION NUMBER
1FTYR2XVXFKA38046

AGENCY/COMPANY ISSUING CARD
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412
1-866-509-9444

INSURED
KARL   BONHAM
575 E VAN BIBBER AVE
ORANGE, CA 92866-2027

SEE IMPORTANT NOTICE ON REVERSE SIDE

## CALIFORNIA INSURANCE IDENTIFICATION CARD

COMPANY NUMBER
22063

COMPANY NAME AND ADDRESS
Government Employees Insurance Company
One GEICO Blvd.
Fredericksburg, VA 22412

POLICY NUMBER
910011307205

EFFECTIVE DATE
05-26-2021

EXPIRATION DATE
05-26-2022

**THIS POLICY MEETS THE REQUIREMENTS OF § 16056 OF THE CALIFORNIA VEHICLE CODE**

YEAR    MAKE/MODEL
2008 FORD F-350

VEHICLE IDENTIFICATION NUMBER
1FDWX34588EA57828

AGENCY/COMPANY ISSUING CARD
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412
1-866-509-9444

INSURED
KARL   BONHAM
575 E VAN BIBBER AVE
ORANGE, CA 92866-2027

SEE IMPORTANT NOTICE ON REVERSE SIDE

INSURED

073

THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as
soon as possible. Obtain the following information:

1.  Name and address of each driver, passenger and witness.

2.  Name of Insurance Company and policy number for each
    vehicle involved.

ACORD 50 CA (2004/07)                          © 2004 ACORD CORPORATION. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as
soon as possible. Obtain the following information:

1.  Name and address of each driver, passenger and witness.

2.  Name of Insurance Company and policy number for each
    vehicle involved.

ACORD 50 CA (2004/07)                          © 2004 ACORD CORPORATION. All rights reserved.

INSURED

074

## CALIFORNIA INSURANCE IDENTIFICATION CARD

| COMPANY NUMBER | COMPANY NAME AND ADDRESS |
|---|---|
| 22063 | Government Employees Insurance Company |
| | One GEICO Blvd. |
| | Fredericksburg, VA 22412 |

POLICY NUMBER
910011307205

| EFFECTIVE DATE | EXPIRATION DATE |
|---|---|
| 05-26-2021 | 05-26-2022 |

**THIS POLICY MEETS THE REQUIREMENTS OF § 16056 OF THE CALIFORNIA VEHICLE CODE**

YEAR    MAKE/MODEL
2011 ISUZU NRR

VEHICLE IDENTIFICATION NUMBER
JALE5W160B7900175

AGENCY/COMPANY ISSUING CARD
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412
1-866-509-9444

INSURED
OLD TOWNE PLUMBING HEATING AND AIR
575 E VAN BIBBER AVE
ORANGE, CA 92866-2027

SEE IMPORTANT NOTICE ON REVERSE SIDE

## CALIFORNIA INSURANCE IDENTIFICATION CARD

| COMPANY NUMBER | COMPANY NAME AND ADDRESS |
|---|---|
| VOID | VOID |
| | VOID |
| | VOID |

POLICY NUMBER
VOID

| EFFECTIVE DATE | EXPIRATION DATE |
|---|---|
| VOID | VOID |

**THIS POLICY MEETS THE REQUIREMENTS OF § 16056 OF THE CALIFORNIA VEHICLE CODE**

YEAR    MAKE/MODEL
VOID

VEHICLE IDENTIFICATION NUMBER

AGENCY/COMPANY ISSUING CARD
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412
1-866-509-9444

INSURED

| VOID | VOID |
|---|---|
| VOID | VOID |
| VOID | VOID |
| VOID | VOID |
| VOID | VOID |
| VOID | VOID |

SEE IMPORTANT NOTICE ON REVERSE SIDE

075

THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as
soon as possible. Obtain the following information:

1.  Name and address of each driver, passenger and witness.

2.  Name of Insurance Company and policy number for each
    vehicle involved.

ACORD 50 CA (2004/07)                    © 2004 ACORD CORPORATION. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as
soon as possible. Obtain the following information:

1.  Name and address of each driver, passenger and witness.

2.  Name of Insurance Company and policy number for each
    vehicle involved.

ACORD 50 CA (2004/07)                    © 2004 ACORD CORPORATION. All rights reserved.

INSURED

076