Mark W. Hansen, State Bar No. 105761
markwhansen123@gmail.com
LAW OFFICE OF MARK W. HANSEN
501 W. Broadway, Suite 1480
San Diego, CA 92101
Tel: (619) 214-6066
Fax: (619) 354-7195

Attorneys for Plaintiff
GOVERNMENT EMPLOYEES INSURANCE COMPANY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>OLD TOWNE PLUMBING, HEATING & AIR, a business entity of form unknown; RALPH BONHAM, an individual; LINDA K. DOBSON, an individual; CARL SHIELDS, an individual; KARL BONHAM, an individual; ANGEL RODRIGUEZ, an individual; ESTATE OF DOMINGO AVILA DELGADO, by and through its successors in interest, ISIDORA OROZCO AVILA and GUADALUPE DE JESUS AVILA OROZCO, individuals; ISIDORA OROZCO AVILA an individual; and GUADALUPE DE JESUS AVILA OROZCO, an individual<br><br>　　　Defendants. | Case No. 8:23-cv-00170 DOC (KESx)<br><br>**JOINT STIPULATION FOR ENTRY OF JUDGMENT AS TO DEFENDANT ANGEL RODRIGUEZ** |

　　Plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY (commonly known, and hereinafter referred to, as "GEICO") and defendant ANGEL RODRIGUEZ, jointly stipulate as follows:

---

STIPULATION FOR ENTRY OF JUDGMENT　　　　　　　　　　CASE NO. 8:23-cv-00170

1.  Defendant Angel Rodriguez was properly served with the summons and complaint in this action, along with various related court notices, on or about March 1, 2023.

2.  Defendant Angel Rodriguez has appointed attorney Dan E. Chambers as his counsel of record for purposes of this action.

3.  Defendant Angel Rodriguez and his attorney are familiar with the allegations of the Complaint filed by the plaintiff GEICO, including the following:

    a.  The Complaint relates to an accident that occurred at the intersection of Edinger Ave and Corta Dr in the City of Santa Ana, County of Orange, on August 4, 2021 (hereinafter referred to as "the Accident").

    b.  The Complaint alleges that Mr. Rodriguez was driving one of the two vehicles involved in the Accident, i.e., a 2012 Nissan NV Passenger Van, white in color, with California license plate number 42207J1 (hereinafter referred to as "the Accident Vehicle").

    c.  The Complaint alleges that the Accident Vehicle was not covered by a business auto policy issued by GEICO to defendant Old Towne Plumbing, Heating & Air for the policy period of May 26, 2021 through May 26, 2022 (Policy No. 9100113072 05), which and was in force on the date of the Accident. (The Policy will hereinafter be referred to as "the GEICO Policy.")

4.  Defendant Angel Rodriguez has never tendered his defense to GEICO nor made any other claim to GEICO for coverage with respect to the Accident.

5.  Defendant Angel Rodriguez does not have the financial resources to contest or litigate this coverage action.

/ / /
/ / /
/ / /
/ / /

2

6. Defendant Angel Rodriguez and plaintiff GEICO therefore stipulate to the entry of a judgment in favor of plaintiff GEICO and against defendant ANGEL RODDRIGUZ in the form attached hereto as **Exhibit 1**.

Dated: March 29, 2023          LAW OFFICE OF MARK W. HANSEN

                               By: _____
                               Mark W. Hansen
                               markwhansen123@gmail.com ,
                               Attorneys for Plaintiff GOVERNMENT
                               EMPLOYEES INSURANCE COMPANY

Dated: March 29, 2023          CHAMBERS LAW FIRM

                               By: _____
                               Dan E. Chambers
                               dchambers@clfca.com ,
                               Attorneys for Defendant ANGEL
                               RODRIGUEZ

# EXHIBIT 1

Mark W. Hansen, State Bar No. 105761
markwhansen123@gmail.com
LAW OFFICE OF MARK W. HANSEN
501 W. Broadway, Suite 1480
San Diego, CA 92101
Tel: (619) 214-6066
Fax: (619) 354-7195

Attorneys for Plaintiff
GOVERNMENT EMPLOYEES INSURANCE COMPANY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>OLD TOWNE PLUMBING, HEATING & AIR, a business entity of form unknown; RALPH BONHAM, an individual; LINDA K. DOBSON, an individual; CARL SHIELDS, an individual; KARL BONHAM, an individual; ANGEL RODRIGUEZ, an individual; ESTATE OF DOMINGO AVILA DELGADO, by and through its successors in interest, ISIDORA OROZCO AVILA and GUADALUPE DE JESUS AVILA OROZCO, individuals; ISIDORA OROZCO AVILA an individual; and GUADALUPE DE JESUS AVILA OROZCO, an individual<br><br>  Defendants. | Case No. 8:23-cv-00170 DOC (KESx)<br>[PROPOSED]<br>**STIPULATED JUDGMENT AS TO DEFENDANT ANGEL RODRIGUEZ** |

Plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY and defendant ANGEL RODRIGUEZ, have entered into a stipulation allowing judgment

1

to be entered against defendant ANGEL RODRIGUEZ for the reasons explained in their stipulation on file with this Court.

Based upon the stipulation of plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY and defendant ANGEL RODRIGUEZ, and good cause appearing,

**JUDGEMENT IS HEREBY ENTERED** in favor of plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY (hereinafter referred to as "GEICO") and against defendant ANGEL RODRIGUEZ as follows:

1. This declaratory relief action relates to an automobile accident that occurred at the intersection of Edinger Ave and Corta Dr in the City of Santa Ana, County of Orange, on August 4, 2021 (hereinafter referred to as "the Accident").

2. Mr. Rodriguez was driving one of the two vehicles involved in the Accident, i.e., a 2012 Nissan NV Passenger Van, white in color, with California license plate number 42207J1 (hereinafter referred to as "the Accident Vehicle").

3. The Accident Vehicle was not one of the listed vehicles described in a business auto policy issued by GEICO to defendant Old Towne Plumbing, Heating & Air for the policy period of May 26, 2021 through May 26, 2022 (Policy No. 9100113072 05), which was in force on the date of the Accident. (The Policy is hereinafter be referred to as "the GEICO Policy.")

4. Accordingly, Angel Rodriguez was not covered under the GEICO Policy for any potential or actual liability arising from the Accident, including any liability he may have arising from the death of the driver of the other vehicle involved in the accident, Domingo Delgado.

5. Therefore, GEICO has no duty to defend or indemnify Angel Rodriguez under the GEICO Policy with respect to any potential liability Angel Rodriguez may face or incur in the Orange County Superior Court civil action known as "*ESTATE OF DOMINGO AVILA DELGADO, et al, plaintiffs, vs. OLD TOWNE*

*PLUMBING HEATING & AIR, et al, defendants,"* Case No. 30-2022-01254456-CU-PA-CJC.

6. This judgment is only as to defendant Angel Rodriguez and does not affect the rights and duties, if any, between GEICO and Old Towne Plumbing, Heating & Air.

7. Plaintiff GEICO and defendant Angel Rodriguez shall each bear their own costs of suit.

Date:_____     _____

United States District Court Judge