1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>OLD TOWNE PLUMBING, HEATING & AIR, a business entity of form unknown; RALPH BONHAM, an individual; LINDA K. DOBSON, an individual; CARL SHIELDS, an individual; KARL BONHAM, an individual; ANGEL RODRIGUEZ, an individual; ESTATE OF DOMINGO AVILA DELGADO, by and through its successors in interest, ISIDORA OROZCO AVILA and GUADALUPE DE JESUS AVILA OROZCO, individuals; ISIDORA OROZCO AVILA an individual; and GUADALUPE DE JESUS AVILA OROZCO, an individual<br><br>        Defendants. | Case No. 8:23-cv-00170 DOC (KESx)<br><br>**STIPULATED JUDGMENT AS TO DEFENDANT ANGEL RODRIGUEZ** |

Plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY and defendant ANGEL RODRIGUEZ, have entered into a stipulation allowing judgment

1

to be entered against defendant ANGEL RODRIGUEZ for the reasons explained in their stipulation on file with this Court.

Based upon the stipulation of plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY and defendant ANGEL RODRIGUEZ, and good cause appearing,

**JUDGEMENT IS HEREBY ENTERED** in favor of plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY (hereinafter referred to as "GEICO") and against defendant ANGEL RODRIGUEZ as follows:

1. This declaratory relief action relates to an automobile accident that occurred at the intersection of Edinger Ave and Corta Dr in the City of Santa Ana, County of Orange, on August 4, 2021 (hereinafter referred to as "the Accident").

2. Mr. Rodriguez was driving one of the two vehicles involved in the Accident, i.e., a 2012 Nissan NV Passenger Van, white in color, with California license plate number 42207J1 (hereinafter referred to as "the Accident Vehicle").

3. The Accident Vehicle was not one of the listed vehicles described in a business auto policy issued by GEICO to defendant Old Towne Plumbing, Heating & Air for the policy period of May 26, 2021 through May 26, 2022 (Policy No. 9100113072 05), which was in force on the date of the Accident. (The Policy is hereinafter be referred to as "the GEICO Policy.")

4. Accordingly, Angel Rodriguez was not covered under the GEICO Policy for any potential or actual liability arising from the Accident, including any liability he may have arising from the death of the driver of the other vehicle involved in the accident, Domingo Delgado.

5. Therefore, GEICO has no duty to defend or indemnify Angel Rodriguez under the GEICO Policy with respect to any potential liability Angel Rodriguez may face or incur in the Orange County Superior Court civil action known as "*ESTATE OF DOMINGO AVILA DELGADO, et al, plaintiffs, vs. OLD TOWNE*

1 | *PLUMBING HEATING & AIR, et al, defendants,"* Case No. 30-2022-01254456-
2 | CU-PA-CJC.
3 |     6.  This judgment is only as to defendant Angel Rodriguez and does not
4 | affect the rights and duties, if any, between GEICO and Old Towne Plumbing,
5 | Heating & Air.
6 |     7.  Plaintiff GEICO and defendant Angel Rodriguez shall each bear their
7 | own costs of suit.

Date:   May 8, 2023                    _/s/ David O. Carter_

United States District Court Judge

3

JUDGMENT AS TO ANGEL RODRIGUEZ                    CASE NO. 8:23-cv-00170